|  |  |
|---|---|
|  | IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA |
| PEDRO PEREZ LEYVA, | |
| Plaintiff, | GENERAL JURISDICTION DIVISION |
| vs. | CASE NO.: 17-000732-CA |
| SALOMON GOLD and CILA GOLD, | |
| Defendants. _____/ | |

**NOTICE OF FILING NOTICE OF REMOVAL**

COME NOW Defendants, SALOMON GOLD and CILA GOLD, by and through undersigned counsel, pursuant to 28 U.S.C. § 1446(d), hereby file this Notice of Filing Notice of Removal. Defendants removed the above-captioned matter from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division. A copy of the Notice of Removal is attached as **Exhibit "A."**

Respectfully submitted March 16, 2017

/s/ Sundeep K. Mullick
Sundeep K. Mullick, Esq.
*Law Office of Lowell J. Kuvin, LLC*
Fla. Bar No.: 18175
sunny@kuvinlaw.com
17 East Flagler St., Suite 223
Miami Florida 33131
Tel:   305.358.6800
Fax:   305.358.6808
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 16, 2017, I electronically filed a copy of the foregoing via the Florida e-Filing portal which will automatically send a copy of the foregoing to all registered counsel of record in this action.

/s/ Sundeep K. Mullick
Sundeep K. Mullick, Esq.