UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-20995-CIV-OTAZO-REYES

PEDRO PEREZ LEYVA,

    Plaintiff,

vs.

SALOMON GOLD and CILA GOLD,

    Defendants.
_____/

## SATISFACTION OF JUDGMENT

KNOWN ALL MEN BY THESE PRESENTS: that the judgment entered in the above matter on February 9, 2018, in favor of Plaintiff, PEDRO PEREZ LEYVA against the Defendants, SALOMON GOLD and CILA GOLD, therein said judgment being duly recorded in the minutes of said court and a copy thereof having been recorded in Official Records Book number 30894 Pg. 2295, and said judgment having been paid in full and satisfaction, the Plaintiff hereby consents that the same shall be satisfied of record.

Dated this ___6___ day of November, 2018.

I declare under penalty of perjury under the laws of the United States of America and under 28 USC § 1746, that the foregoing is true and correct.

_____
EDDY O. MARBAN, ESQ.